OPINION — AG — ** OPEN MEETING — SUB POLITICAL BODIES ** WHEN A SUBORDINATE ENTITY REVIEWS AND ELIMINATES BIDS FOR CONTRACTS FROM CONSIDERATION BY A PARENT ENTITY THEN THE SUBORDINATE ENTITY IS EXERCISING ACTUAL OR DE FACTO DECISION MAKING AUTHORITY AND IS SUBJECT TO THE OPEN MEETING ACT. (SUB COMMITTEES, COMMITTEES, SUB-COMMITTEES, OPEN MEETING) CITE: 25 O.S. 301 [25-301] — 25 O.S. 314 [25-314] (RICHARD MILDREN)